UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

July 12, 2000

Memo to Counsel Re: Jerry Marceron v. Huffy Sports Co.
Civil No. JFM-00-902

Dear Counsel:

This will confirm, as we discussed during the conference call today, that your proposed scheduling order is approved with the two additions I have made by interlineation on the enclosed copy.

This will also confirm that you will provide me with a report on or before August 14, 2000 as to whether you have been able to settle the case or, if not, whether you request that the case be referred to a magistrate judge for the purpose of presiding over a settlement conference.

Finally, in the event the case does not settle, I request that you provide me with a status report on the discovery cut-off date (January 15, 2001), including a statement as to whether either side intends to file a summary judgment motion.

Very truly yours,

J. Frederick Motz
United States District Judge