```
_____FILED   _____ENTERED
_____LODGED  _____RECEIVED
```

JUL 12 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JERRY THOMAS MARCERON )<br><br>Plaintiff, )<br><br>v. )<br><br>HUFFY SPORTS COMPANY )<br><br>Defendant. ) | **CIVIL ACTION NO. JFM00CV902** |

## /2/ ~~PROPOSED~~ SCHEDULING ORDER

Upon the agreement of counsel, it is hereby **ORDERED** that the above-captioned action shall proceed according to the following schedule, subject to further order of the Court:

1. **Initial Disclosures.** The parties shall Fed. R. Civ. P. 26 initial disclosures on or before July 11, 2000.

2. **Merits Discovery.** The following timetable shall govern factual discovery:

   a. Initial document requests, interrogatories and any other form of written discovery permissible under the federal and local rules may be served upon entry of this Order and no later than August 15, 2000.

   b. Responses to the document requests, interrogatories, and any other written discovery shall be served within thirty days after service and shall be completed on or before September 15, 2000, unless extended by agreement of the parties.

   c. All depositions of fact witnesses shall be completed on or before November 15, 2000.

   d. The discovery cut-off date shall be January 15, 2001.

3.    **Limitations on Merits Discovery**.  The following limitations shall apply to merits

discovery:

a.    Without leave of court, each party may take up to five depositions, excluding

depositions of experts designated pursuant to Fed. R. Civ. P. 26(a)(2).

b.    Without leave of court, each party may serve up to thirty interrogatories, thirty

requests for production, and thirty requests for admission.

*c.  Each side will be limited to 8 hours of fact-fry depositions of fact witnesses*

4.    **Expert Discovery**.  The following timetable shall govern expert discovery:

a.    Expert reports and all documents discoverable under Fed. R. Civ. P. 26(a)(2) shall

be exchanged simultaneously in accordance with Rule 26(a)(2) on or before

November 15, 2000.

b.    Expert depositions shall be completed no later than January 30, 2001.

5.    **Dispositive Motions**.  All dispositive motions shall be filed no later than February 28,

*subject to the provisions of Local Rule 105 2 c*

2001.  Opposition briefs to dispositive motions shall be filed within fourteen days after

service of the dispositive motion.  Reply briefs shall be filed within eleven days after

service of an opposition brief.

Respectfully submitted,

Jonathan Beiser / by VJM
_____
Jonathan S. Beiser - Bar # 07604
ASHCRAFT & GEREL, LLP
One Central Plaza, Suite 1002
11300 Rockville Pike
Rockville, MD 20852
Phone: (301) 770-3737
Fax: (301) 881-6132
Attorney for Plaintiff

Victor Miller
_____
Victor J. Miller – Bar # 013643
Jason D. Smith
HOWREY SIMON ARNOLD & WHITE, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Phone: (202) 783-0800
Fax: (202) 383-6610
Attorneys for Huffy Corporation

Dated: July 7, 2000

SO ORDERED:

_____
J. Frederick Motz
United States District Judge

July 12, 2000