IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____ FEE PAID
_____ FEE NOT PAID
         (SEND LETTER)

| | |
|---|---|
| JERRY THOMAS MARCERON | * |
| Plaintiff(s) | * |
| vs. | * |
| HUFFY SPORTS COMPANY | * |
| Defendant(s) | * |

Civil Action No. JFM-00-902

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 101.1.(b) of this Court, __Victor J. Miller__ Esquire a member of the Bar of this court, moves the admission of __Jason D. Smith__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Huffy Sports Company__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __District of Columbia and New York__

and/or the following United States Court(s): _____

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __-0-__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __The proposed admittee has never been disbarred, suspended, or denied admission to practice.__

FILED _____ ENTERED
LODGED _____ RECEIVED

JUL 25 2000

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Revised 6/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| *Victor Ucell* (signature) | (signature) |
| Signature | Signature |
| Howrey Simon Arnold & White, LLP | Howrey Simon Arnold & White, LLP |
| Address | Address |
| 1299 Pennsylvania Avenue, N.W. Washington, DC 20004 | 1299 Pennsylvania Avenue, N.W. Washington, DC 20004 |
| (202) 783-0800 | (202) 783-0800 |
| Office phone number | Office phone number |
| (202) 383-6610 | |
| Fax number | Fax number |
| 013643 | |
| Md. U.S. District Court Number | |

**O R D E R**

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

July 25, 2000
Dated

_____
Judge, U. S. District Court