UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG 17 A 11: 27

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

August 16, 2000

Memo to Counsel Re: Jerry Marceron v. Huffy Sports Co.
Civil No. JFM-00-902

Dear Counsel:

In accordance with your joint request, the Scheduling Order is hereby modified as follows:

    March 30, 2001              Discovery deadline; status report due

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File

