

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JERRY THOMAS MARCERON ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HUFFY SPORTS COMPANY ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. JFM00CV902 |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF THE PLAINTIFF'S CLAIMS AGAINST HUFFY SPORTS

Pursuant to Federal Rule of Civil Procedure 41, the Plaintiff Jerry Thomas Marceron and Defendant Huffy Sports hereby stipulate to DISMISSAL WITH PREJUDICE of Plaintiff's claims against Defendant Huffy Sports filed in the above-captioned civil action.

Respectfully submitted,

_____         _____
Victor J. Miller, Esq. (Bar # 013643)    Jonathan S. Beiser, Esq.
Jason D. Smith, Esq.                     ASHCRAFT & GEREL
HOWREY SIMON ARNOLD & WHITE              One Central Plaza, Suite 1002
1299 Pennsylvania Avenue, N.W.           11300 Rockville Pike
Washington, D.C. 20004                   Rockville, MD 20852
(202) 783-0800                           (301) 770-3737
Attorneys for Huffy Corporation and Huffy Sports    Attorney for Plaintiff

Dated: ~~August~~ September 18, 2000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal With Prejudice was served by regular United States mail, postage prepaid, this 18th day of September, 2000 upon each of the parties listed below:

### VIA FACSIMILE AND REGULAR MAIL

Jonathan S. Beiser, Esq.
One Central Plaza, Suite 1002
11300 Rockville Pike
Rockville, MD 20852

_____
Jason D. Smith